IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

    vs.

YUAN GAO,

                  Defendant.

**8:20CR327**

ORDER

       The court has been presented a Financial Affidavit (CJA Form 23) in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

       IT IS ORDERED that Chad D. Primmer is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

       IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

       IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Chad D. Primmer.

       DATED this 21st day of December, 2020.

                         BY THE COURT:

                         s/ Susan M. Bazis
                         United States Magistrate Judge