IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 8:20CR-327 |
| vs. | |
| YUAN GAO, | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

_____   03/04/2021
Defendant                   Date

_____   3-4-21
Attorney for Defendant      Date

**ORDER**

IT IS ORDERED that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __5__ day of __March__, 20_21_.

BY THE COURT:

Susan M. Bazis
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT